

FILED
March 30, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00560-CR
4683514
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/29/2015 2:28:23 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00560-CR**
IN THE **COURT OF APPEALS, THIRD SUPREME JUDICIAL DISTRICT**

_____

**CHRISTOPHER NEWBERRY**
**Appellant**
**VS.**
**THE STATE OF TEXAS**

_____

**Cause No. C1CR-14-209349, Travis County, Texas, County Court #5, Honorable, Nancy Hohengarten, presiding**

_____

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, CHRISTOPHER NEWBERRY, appellant, pursuant to *U.S.Const.,* Amends. 5 & 14, *Tex.Const.,* Art. I, *Secs*. 13 & 19, and *T.R.A.P.,* not limited to Rules 4.1, 10.5, 38.6 and 38.9, and moves the Court to extend the time for filing appellant's brief THIRTY (30) days to April 15, 2015, and shows:

### I. PROCEDURAL HISTORY.

On or about August 7, 2014, on plea of not guilty, a jury convicted appellant of driving while intoxicated, a class B misdemeanor. The court assessed sentence of 120 days Travis County jail, no fine. *Motion for New Trial* apparently was timely filed August 28, *2014. Notice of Appeal* was filed prematurely on August 28, 2014, and an *Amended Notice of Appeal* was filed October 14, 2015 (correcting the defendant's name in the body of the *Notice*). The reporter's record was filed December 16, 2014.

### II. ONE PRIOR EXTENSIONS.

Appellant has received no extensions of time to file his brief.

### III. TIME OF MOTION.

The brief was due March 16, 2015. This motion is filed by mailing within 15 days thereof.

### IV. REASONS FOR EXTENSION OF TIME.

Appellant requests for an extension of time based on the following:

1. Counsel is presently working on the brief in the appeal of Cause No. 03-14-00193, *Martin Lopez Montejo v. The State of Texas*.

2. In the last 30 days, counsel represented some 45 clients with some 86 cases (approximately 37/71 appointed and/or jail requiring prompt disposition) and disposed of some 17 defendants and 27 cases (approximately 10/17 etc..

3. Therefore, asks this Honorable Court to extend the time for filing brief THIRTY (30) days to April 15, 2015, so appellant will be given a full and meaningful appeal and accorded due process and due course of law, his right to appeal and effective assistance of counsel.

WHEREFORE, appellant prays this Court grant this motion and extend the time for filing

his brief THIRTY (30) days to April 15, 2015.

RESPECTFULLY SUBMITTED,
 /s/ Christopher P. Morgan

Christopher P. Morgan
State Bar No. 14435325
3009 N. IH 35
Austin, Texas 78722
(512) 472-9717 // FAX:  472-9798
ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE:** I, Christopher P. Morgan, certify a true and correct copy of this Motion was served on the Office of the County Attorney for Travis County, Texas on March 30, 2015, by mail to P.O.Box 1748, Austin, TX 78767 .

/s/ Christopher P. Morgan